UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASHLEY LUHIELLIER | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00281 |
| | § | |
| BRAZORIA COUNTY, TX; CITY OF OYSTER CREEK, TX; and SHERIFF CHARLES WAGNER | § § § | |
| | § | |
| Defendants. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S
# MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. *See* Dkt. 56. On June 4, 2019, several motions were referred to Judge Edison for report and recommendation. *See* Dkt. 54. Pending before Judge Edison was Plaintiff's Motion to Dismiss Defendants Sheriff Charles Wagner and Brazoria County Without Prejudice. (Dkt. 41).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 56) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion to Dismiss Defendants Sheriff Charles Wagner and Brazoria County Without Prejudice (Dkt. 41) is **GRANTED.**

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 5th day of July, 2019.

                                            George C. Hanks Jr.
                                            United States District Judge